**Revised Schedule A**

|  | Company Name | Store URL |
|---|---|---|
| 1 | pengqe52 | https://www.wish.com/merchant/5e7b1ff50abba52a4d5e5dd1 |
| 2 | wangyusheng15202 | https://www.wish.com/merchant/5fd1db6cd288963405dc9ced |
| 3 | Huangjinlong53 | https://www.wish.com/merchant/5f1fc95cbb7956329f4a7b63 |
| 4 | chenmo92318826 | https://www.wish.com/merchant/60024dd44bb3b30f90e75d18 |
| 5 | zhushuangsu66058 | https://www.wish.com/merchant/5fd0778562245c17f073dd58 |
| 7 | MAMAD | https://www.wish.com/merchant/5e3fbabf64c3153b50224910 |
| 8 | Motionrover | https://www.wish.com/merchant/5ff3ef2256c9460fce01b351 |
| 9 | SandyKhor | https://www.wish.com/merchant/5f167b69e6bcb892664bd436 |
| 10 | usashoop | https://www.wish.com/merchant/5f62b0b1a0d53303b45793bf |
| 11 | ZLorrai | https://www.wish.com/merchant/5e8d2996279a64003e4cf852 |
| 12 | K8K8K8 | https://www.wish.com/merchant/5e91e576646cd4c332988b1c |
| 13 | Dengxiaojie2822 | https://www.wish.com/merchant/5f87f1af7f2b9273fa0a07df |
| 14 | nellakilback3433 | https://www.wish.com/merchant/5f85dab5983df56560e57097 |
| 15 | mafengqin159357 | https://www.wish.com/merchant/5ffff244c14d0956d889b84b |
| 16 | cdsjhfdsfsf | https://www.wish.com/merchant/5f59cf8d83a11f66d908b56d |
| 17 | Suning226 | https://www.wish.com/merchant/5e97ebf24ec15b3f04f4e4e5 |
| 18 | ousg | https://www.wish.com/merchant/5eaa5f5e817288b66fbfce2d |
| 19 | shenshiyan | https://www.wish.com/merchant/5b693d1f81066f34019d3735 |
| 20 | wangshuo47445 | https://www.wish.com/merchant/5ff13308b9a6a10d1b38b28e |
| 21 | sunjiapo Store | https://www.wish.com/merchant/5f73f152db9ed56182c9b7b6 |
| 22 | mengchunqiu;k | https://www.wish.com/merchant/5eccce74a2f3a20a4079ef4b |
| 23 | shangwenbin fashion | https://www.wish.com/merchant/541c14352754c8091b3ab752 |
| 24 | fsdcfegd4412 | https://www.wish.com/merchant/5d55213f40defd3782ac4301 |
| 25 | zhangjunjie6731 | https://www.wish.com/merchant/5fc758371b2ad833c2b3d563 |
| 26 | NeiliaoanghG | https://www.wish.com/merchant/5e6cac244f42100680694a8c |
| 27 | zhangming520 | https://www.wish.com/merchant/5fc0b2f1007238dc881f5287 |
| 28 | jhosephtstore2020 | https://www.wish.com/merchant/5edfd4c929e78618800b3c41 |
| 29 | BirdSongStore | https://www.wish.com/merchant/5fc4af120072385bd31f5913 |
| 30 | xuwenjie01640 | https://www.wish.com/merchant/605427e621089b4b838c053e |
| 31 | keylorspqrxvmg | https://www.wish.com/merchant/5e9fb8f3069202a0eb3d9b44 |
| 32 | Cleveylily jackets | https://www.wish.com/merchant/5ea7a2aa29e7867fe46ff761 |
| 33 | wufush | https://www.wish.com/merchant/5e8eb6c651655356e7d4ee14 |
| 34 | belindaMarket | https://www.wish.com/merchant/5fab08125b7048362d095a99 |
| 35 | stetehaqui | https://www.wish.com/merchant/5e915aec6dc9790bc11717fe |
| 36 | kongchuiting99 | https://www.wish.com/merchant/5ffc1534fba0f23d419983c6 |
| 37 | huangdi4645764 | https://www.wish.com/merchant/5ff696079a7e89b2dc163c99 |
| 38 | zhangsan50685 | https://www.wish.com/merchant/5fa3647a9889441752230304 |
| 39 | yuxinyiqin | https://www.wish.com/merchant/5976c3928696be259adf0cd6 |
| 40 | qinbin57711584964 | https://www.wish.com/merchant/5fa8c30600c0bb37107f122e |
| 41 | zhuxiuqin | https://www.wish.com/merchant/5ffe632771fb9916e7e7b320 |
| 43 | Wangyue0456 | https://www.wish.com/merchant/5de48f9d29e78653b5dd6dc8 |
| 44 | LaDonnike Morgan | https://www.wish.com/merchant/5e85d43526557abdca96f782 |
| 45 | zhanghaitao7890 | https://www.wish.com/merchant/5fffc517c14d09258789aecf |
| 46 | TrinaVillines | https://www.wish.com/merchant/5e8727988da5c2349d7a319a |
| 47 | lihaifeijia | https://www.wish.com/merchant/591329be980a347af8805eb1 |
| 48 | bndsjhsuffd | https://www.wish.com/merchant/5f5ed4e38efa7eb65d7bb50c |
| 49 | Dion Hui 123 | https://www.wish.com/merchant/5e7472beaa3df415afbecc34 |
| 50 | luohong12345 | https://www.wish.com/merchant/5e7b0163511ae20aceb79af4 |
| 51 | Nikki Skaggs | https://www.wish.com/merchant/5f5352b9c0541639fe3de8d7 |
| 52 | Makerbrook | https://www.wish.com/merchant/5fdcd60957073eaa9d3757c8 |
| 53 | Breanne Downingi | https://www.wish.com/merchant/5e9af02ada2ff2d4b242b94b |
| 54 | z66z5 | https://www.wish.com/merchant/5e95009e7d58eb0cbb12cf9b |
| 55 | karrygoods | https://www.wish.com/merchant/5941223a9904e341d900c49a |
| 56 | n3n36 | https://www.wish.com/merchant/5e92c9b51a25ab6624b76a55 |
| 57 | qzy12345 | https://www.wish.com/merchant/5f8a73bc6f8b8c00418753cd |
| 58 | yangshufen987 | https://www.wish.com/merchant/60013332b736dc52b857321a |
| 59 | chenyouliang1453 | https://www.wish.com/merchant/5fc5f8f75818fe21ca6df05b |
| 60 | luoruixiang2580 | https://www.wish.com/merchant/5fe434d66d10635dcb3ea245 |
| 61 | adentship | https://www.wish.com/merchant/5f973e5bf44296762bdfb6f9 |
| 62 | Donbrooks | https://www.wish.com/merchant/5f9c980e03c1c9b0bee0748a |
| 63 | conslyzpsnt | https://www.wish.com/merchant/5e9fe213dc8d6ea3f2379a67 |
| 64 | zhangxiuxia856356 | https://www.wish.com/merchant/603762d424bcac004299673e |
| 65 | sunguobing Store | https://www.wish.com/merchant/5f68221b52a550ded21da804 |
| 66 | nizizhenbang | https://www.wish.com/merchant/5e8848f629e7860ac0213d28 |

**Revised Schedule A**

|  | Company Name | Store URL |
|---|---|---|
| 67 | zhangcunyan670813 | https://www.wish.com/merchant/5fffac5f902a971214840ab2 |
| 68 | liping0808 | https://www.wish.com/merchant/5f211c7365c54613cc91188f |
| 69 | Edwin Morales66 | https://www.wish.com/merchant/5f536caf7e6d44efb311c31c |
| 70 | lijiefeng888666 | https://www.wish.com/merchant/5e9700cf2acfce1444c7fffb |
| 71 | RRR88E8 | https://www.wish.com/merchant/5e9b053629e7862d2630685a |
| 72 | aslpemhdu | https://www.wish.com/merchant/5e97ee37bfba6a4d8cd333ef |
| 73 | LeibishandQs | https://www.wish.com/merchant/5e6de269b274844480c36b85 |
| 74 | lingrun12325634893 | https://www.wish.com/merchant/5f97d33262b42d89b537a3c2 |
| 75 | YIJIN44 | https://www.wish.com/merchant/5d688a0e652d296800962999 |
| 76 | zhangbin1426 | https://www.wish.com/merchant/5fc70471cd0672b741a64d22 |
| 77 | wangshuling1 | https://www.wish.com/merchant/5ffd6b93431d6021407c9900 |
| 78 | DeniseHaines | https://www.wish.com/merchant/5e86a529333873743d7109a4 |
| 79 | Duanliuliu78523 | https://www.wish.com/merchant/5e8eb711a660a6560647c705 |
| 80 | sdiouduiffcx | https://www.wish.com/merchant/5f5f14d5cdd973e085754fdb |
| 81 | Jamillah | https://www.wish.com/merchant/5e622c2d49d96a3f2d9bdf5e |
| 82 | wangsimin123 | https://www.wish.com/merchant/5e8c359539b090c1076ead2b |
| 83 | Savo Stanivukovic | https://www.wish.com/merchant/5e9a735829e7867e3330686d |
| 84 | Mary Anne Jorgenson | https://www.wish.com/merchant/5e85aea28fb68146bb95bcad |
| 85 | fanmudan662961 | https://www.wish.com/merchant/5eaa605fd4ae34726125daf9 |
| 86 | Christophercb | https://www.wish.com/merchant/5e8832f829e7864a1820b1ab |
| 87 | R2R3 | https://www.wish.com/merchant/5e92ce7f46be6ab540e06634 |
| 88 | KKJJ66 | https://www.wish.com/merchant/5e9af6f525c3d43bb456b4db |
| 89 | zhengxuefan6689 | https://www.wish.com/merchant/5a658a630c47f30c1e722071 |
| 90 | huangtao8765 | https://www.wish.com/merchant/5faa130840fcee3584d93e5a |
| 91 | Omega Allies | https://www.wish.com/merchant/600d75cb4f1a7df9b6da91db |
| 92 | zhuyongjian Store | https://www.wish.com/merchant/5f7ec9d6995eebaeeafa3dde |
| 93 | Lorenza M Harris | https://www.wish.com/merchant/5e9838ee57aca68a486f8122 |
| 94 | ashitaheller62830081 | https://www.wish.com/merchant/5eaafc5f303ea75784806476 |
| 95 | SebastianCecildUfWcL | https://www.wish.com/merchant/5ea8d605d11ff856e03af5f9 |
| 96 | shennan051371 | https://www.wish.com/merchant/60581802bc3d8e32e5dcd142 |
| 97 | xubaoyue88888 | https://www.wish.com/merchant/5f8faf98ef34371d2837f54f |
| 98 | gutkowskiariel517 | https://www.wish.com/merchant/5e8f0d985165539fb3d4ed64 |
| 99 | yanchunyu008 | https://www.wish.com/merchant/5ffd074d7778d0136d1494b7 |
| 100 | qafrds plaza | https://www.wish.com/merchant/541d697982b9ac03aa439e53 |
| 101 | Ming Xiao8869 | https://www.wish.com/merchant/5e7b610f29e78665388cf071 |
| 102 | Jiangqian5566 | https://www.wish.com/merchant/5e79fc0429e7867e80e2cf1d |
| 103 | S6S8S9 | https://www.wish.com/merchant/5e92f71e646cd47fc5988bd6 |
| 104 | liubaihang65800 | https://www.wish.com/merchant/5fd02fe605ef5d23b0562eed |
| 105 | fanxiaoyunl | https://www.wish.com/merchant/5f0689ac9265b6004ed97820 |
| 106 | mahao fashion | https://www.wish.com/merchant/541acd4382b9ac25e4e77595 |
| 107 | LiuKexuan0815 | https://www.wish.com/merchant/5eaa9f4b303ea7ed008065d0 |
| 108 | chenxia0814 | https://www.wish.com/merchant/5fc868fcba4411cf1e9ea4f1 |
| 109 | CaesarJuliaqPtEbN | https://www.wish.com/merchant/5ea10a59ad8c7d333a401001 |
| 110 | gusiqi | https://www.wish.com/merchant/5ebdfa0855f3cf004ba69611 |
| 111 | wangjianting | https://www.wish.com/merchant/5e645acc29e7863b00077bd9 |
| 112 | jkdjhiydsdsxz | https://www.wish.com/merchant/5f5f31b3ca7729acb1e8187d |
| 113 | jiaxiuyun6666 | https://www.wish.com/merchant/5e95a5ffed195b4fbbe97b56 |
| 114 | lizhao667 | https://www.wish.com/merchant/5f9b8b4e23aaec5299a51bca |
| 115 | Songmingjiang5522 | https://www.wish.com/merchant/5e959f4afbe93c4b586fb089 |
| 116 | Lizihaon | https://www.wish.com/merchant/5fcf0d0c1267114919b33276 |
| 117 | xushidaifa | https://www.wish.com/merchant/5e8a9d9a29e7865b40241404 |
| 118 | wangyumei999666 | https://www.wish.com/merchant/5e50d31d397cba64ca1118f0 |
| 119 | jvxin123456789 | https://www.wish.com/merchant/5eafabc00b85d712dd238bbe |
| 120 | zhengjiameim | https://www.wish.com/merchant/5b67b1f3eadbdd24acae91ee |
| 121 | wanggaidi54 | https://www.wish.com/merchant/5fc07b7323b65d263756d0d2 |
| 122 | Serita Whittington | https://www.wish.com/merchant/6002a99ad3d83212410a4cc3 |
| 123 | cxz0001 | https://www.wish.com/merchant/5fa00e6ab989caa2da8529c2 |
| 124 | wangcheng Store | https://www.wish.com/merchant/5f72da290e08e2003d52a838 |
| 125 | zhaojiangqian Store | https://www.wish.com/merchant/5f7eb707acc4bc156db26edf |
| 126 | ajhbwnppth | https://www.wish.com/merchant/5e9fe23529e7860ccf5ae65e |
| 127 | lujizong030 | https://www.wish.com/merchant/607161748bd7267d825eafcb |
| 128 | wangyingjie61906 | https://www.wish.com/merchant/6049814b81339c227350b948 |
| 129 | zhoutong2456 | https://www.wish.com/merchant/5f4de09fe7488c003ae0733d |
| 130 | bartonvenetta | https://www.wish.com/merchant/5eb1d476b1009e24ea838a5b |

**Revised Schedule A**

|     | Company Name | Store URL |
| --- | --- | --- |
| 131 | aopkiiu wholeshop | https://www.wish.com/merchant/541ea33df8abc805f42c96ac |
| 132 | John E. Walker | https://www.wish.com/merchant/5e85cdee29e7865af92d3f3e |
| 133 | yqiktore | https://www.wish.com/merchant/581ebc7ac96e4b1b88a23ea4 |
| 134 | ARTRT | https://www.wish.com/merchant/5f14018929e786260300025a |
| 135 | Chenshiqiang77017 | https://www.wish.com/merchant/5f8a72df7d0a10cb5796719a |
| 136 | jinjianer fashion | https://www.wish.com/merchant/541bdd3f9719cd08f02090c7 |
| 137 | Kerwifry Beddings | https://www.wish.com/merchant/5e9bbf012405fbc0d4c546f5 |
| 138 | liyue1221 | https://www.wish.com/merchant/5fffc7db018c422b5812d45a |
| 139 | hurongfang123 | https://www.wish.com/merchant/5de480bf5d9792044beefe2a |
| 140 | nmjdskfyhsiuy | https://www.wish.com/merchant/5f5c3fe3f71ea066c523fb77 |
| 141 | MooreBertzNgBpD | https://www.wish.com/merchant/5ea108e1f581821958c9848d |
| 142 | zhangxiaojian5774 | https://www.wish.com/merchant/5ebe1dc510c35c14068d75f1 |
| 143 | ochenmei | https://www.wish.com/merchant/5e672ca13cce5a5396f70060 |
| 144 | Wanglei686868 | https://www.wish.com/merchant/5fc73dabb34108107fea4e67 |
| 145 | lihao461x | https://www.wish.com/merchant/5ffd31d43f7d143da866114b |
| 146 | zhanghui Store me0071 | https://www.wish.com/merchant/5f7ff420e64ad80044563143 |
| 147 | liuwenweng | https://www.wish.com/merchant/5e6357d9ad6a88300064eeac |
| 148 | renweiyu88514 | https://www.wish.com/merchant/5fa38d405cff905b1a021a0c |
| 149 | yangshukai0525 | https://www.wish.com/merchant/5e96dd46942cd407823fae44 |
| 150 | Tangshanshan233256 | https://www.wish.com/merchant/5e79887bf1ea1435451a793a |
| 151 | douwei | https://www.wish.com/merchant/593103756fffc72d8e3fed02 |
| 152 | prolineup | https://www.wish.com/merchant/59cc7d6721064f5cf48ebc3e |
| 153 | wangrui645785 | https://www.wish.com/merchant/5fbb2dd08ec64a1c7a4e4498 |
| 154 | tsubiz | https://www.wish.com/merchant/5fc9b889b35b1830a1883f74 |
| 155 | sunyang fashion | https://www.wish.com/merchant/5416dd454ad3ab746beec5ca |
| 156 | wangwenle64987213978 | https://www.wish.com/merchant/5fa9f1252e4e970a9396e87e |
| 157 | Emily B Ellis | https://www.wish.com/merchant/5e98383140ac873ef5862f6b |
| 158 | liusijie85213 | https://www.wish.com/merchant/607bd151bd763c45020d9f6c |
| 159 | jihonghu29551 | https://www.wish.com/merchant/6056d2fda86d433d417ac70e |
| 160 | mawenwen Store | https://www.wish.com/merchant/5f421be2dd315e3faab31a3c |
| 161 | xinqi1314520 | https://www.wish.com/merchant/5fcdae9db3d34279d3d1ca75 |
| 162 | rmx5869 | https://www.wish.com/merchant/5e538e8638654d8f00deae53 |
| 163 | luohuiyin27 | https://www.wish.com/merchant/5ffc07af76c5202817e21752 |
| 164 | Roderick Daniel | https://www.wish.com/merchant/5e63bbb0b24fc99b6d6c1edf |
| 165 | surprise shi | https://www.wish.com/merchant/5d5793c533f0b43632be94fb |
| 166 | t8t8t86 | https://www.wish.com/merchant/5e92cbf529e786562a8480af |
| 167 | gaozhgcai6318 | https://www.wish.com/merchant/5e80201fa7582942967ab1fb |
| 168 | Oceanaviga | https://www.wish.com/merchant/5ff3929bd9fd331dd3ae44a5 |
| 169 | guozhe1389665 | https://www.wish.com/merchant/5fe4359fcd47695a9c1277c2 |
| 170 | zhongyongfang20001 | https://www.wish.com/merchant/5fb76443d59d5b56e67efa2e |
| 171 | liyanfang88056 | https://www.wish.com/merchant/5e046e69f7973105c70331a0 |
| 172 | cuixiaohui888 | https://www.wish.com/merchant/5fc860c3df0823b44d5b9e5f |
| 173 | zhangxiucun | https://www.wish.com/merchant/5fffb5da09544719e617ec86 |
| 174 | wangjiaxin23 | https://www.wish.com/merchant/5ffeb87bdcbc050bc7d36e9b |
| 175 | yangyuoyeng | https://www.wish.com/merchant/5e97bad567e11e0042f51422 |
| 176 | lihao461x | https://www.wish.com/merchant/5ffd31d43f7d143da866114b |
| 177 | guozhu online shopping | https://www.wish.com/merchant/53f9ff289020ee5972a43c8b |
| 178 | david gembutis | https://www.wish.com/merchant/5efc34f3b34b644c917f12ce |
| 179 | xuxiaolong1316 | https://www.wish.com/merchant/5fc9c208d61eff343c1cd1d1 |
| 180 | panxinge | https://www.wish.com/merchant/5e85b237691d1b0a47d68187 |
| 181 | James Himes | https://www.wish.com/merchant/5f533367357093cd0142baf2 |
| 182 | Longxiang water pressure pump | https://www.wish.com/merchant/5b0bbd3fc721a97bfd5ef8b8 |
| 183 | qianguanfu | https://www.wish.com/merchant/5e5f4b4af76ca45aab6c7480 |
| 184 | Sdamtjdkt68943 | https://www.wish.com/merchant/5e905029ed70bc9075345c4a |
| 185 | Buck That! | https://www.wish.com/merchant/5ffbc87600d57e59618143ca |
| 186 | Wakefield Crowbar | https://www.wish.com/merchant/6020f18562213f0050b1b3c0 |
| 187 | shixijin68295 | https://www.wish.com/merchant/60519e2d5e3c3c4c04c779c7 |
| 188 | TiffanyIngramqFvGp | https://www.wish.com/merchant/5e8eed45005c600cc1f10de4 |
| 189 | zhaoli97780 | https://www.wish.com/merchant/6073e48fc26a110057ffbf93 |
| 190 | teresa buendia | https://www.wish.com/merchant/5f9f601edeb1a4004901cda1 |
| 191 | All friends business | https://www.wish.com/merchant/5e9a60d4ef1dcef9adeb4051 |
| 192 | liuchunjing4364 | https://www.wish.com/merchant/5ffbe08dfa8a2568fa536fbb |
| 193 | xingzhenkun | https://www.wish.com/merchant/58f966b8ac7b5311a0e7e1a8 |
| 194 | hegenqing | https://www.wish.com/merchant/5e52029d7b7ddf05406af63c |

**Revised Schedule A**

|     | Company Name | Store URL |
| --- | --- | --- |
| 195 | Muyiebybi Shoes | https://www.wish.com/merchant/5ea15d6066e7d62a0bc417fa |
| 196 | wfh39 | https://www.wish.com/merchant/5e6a475aca34e2b0d634cb16 |
| 197 | liuhongyan4636 | https://www.wish.com/merchant/5ffd4003f8085d0c4d876d5c |
| 198 | Toni Cafer | https://www.wish.com/merchant/5f534d5a20e18d672451a5a8 |
| 199 | guotian fashion | https://www.wish.com/merchant/541a92b7f8abc82842a8ccd1 |
| 200 | xiuweiluong | https://www.wish.com/merchant/5f0417873ef09668069187f8 |
| 201 | weimeiyue6688 | https://www.wish.com/merchant/5e772b5172b0327e6c0f0bed |
| 202 | zhaoxinming | https://www.wish.com/merchant/5ffd68233f7d14816a6611b1 |
| 203 | chenhualin168168 | https://www.wish.com/merchant/5fae25a9fd25720da79e726a |
| 204 | longlisha | https://www.wish.com/merchant/5e85945b3a384ff803f1d6a4 |
| 205 | compu_service albert | https://www.wish.com/merchant/5e2254e63733da018061e061 |
| 206 | CHENXiangli54321 | https://www.wish.com/merchant/5f8f912dd2bb6d004182978e |
| 207 | lihuajian6902 | https://www.wish.com/merchant/5f099b07b7696f4ab496d88b |
| 208 | linan14736928 | https://www.wish.com/merchant/5ffe749738433f3addb19ef6 |
| 209 | pupinglai2054 | https://www.wish.com/merchant/5e096a67c00a9104e4688f83 |
| 210 | zhangkaiyang8655 | https://www.wish.com/merchant/5fc83eeee74ab3f04b19dccf |
| 211 | Duanmeiying888 | https://www.wish.com/merchant/5eb136e22ded9cb816cfaf61 |
| 212 | tangguo0807 | https://www.wish.com/merchant/5ffd46dc8a17ba0c3e2df734 |
| 213 | DARBYJOAN STORE | https://www.wish.com/merchant/58df1cf55eb6cb6fa214d453 |
| 214 | hygjdterer | https://www.wish.com/merchant/5dedf18829e7863704379a14 |
| 215 | howoti | https://www.wish.com/merchant/5fbf1d6d947cd01cb40515c0 |
| 216 | Globeworks | https://www.wish.com/merchant/5fec32aa25e8607d10a392ae |
| 217 | chenqinlin520 | https://www.wish.com/merchant/5f853448291f289910a732b0 |
| 218 | fuejewe | https://www.wish.com/merchant/5e96cb0129e78622973bf0e0 |
| 219 | qqwwq65 | https://www.wish.com/merchant/5e9bba4d2405fb5106c4a5b7 |
| 220 | JPANLeilani | https://www.wish.com/merchant/600780cc967f2c03164cdf86 |
| 221 | VitaMarshoJsTj | https://www.wish.com/merchant/5ea3a111f1828b56f5bc37d2 |
| 222 | gahsuiagtpoas | https://www.wish.com/merchant/5e858149826ea4bdb00d7e6c |
| 223 | liuyang72369583 | https://www.wish.com/merchant/5ffe9eeaf33b861bd608ab94 |
| 224 | chenlichao123321 | https://www.wish.com/merchant/5ea8f7e6d11ff8143d3af76f |
| 225 | yingqiao supper-market | https://www.wish.com/merchant/541540d282b9ac45e473c77d |
| 226 | zhutingting2095 | https://www.wish.com/merchant/5fe5df06a48b42fb87621619 |
| 227 | zhanghaixin | https://www.wish.com/merchant/5f700c869da0170eba6cf0bb |
| 228 | huoyimian4112 | https://www.wish.com/merchant/5fc47883ba4411267b9ea89f |
| 229 | Christina Rittenhouse | https://www.wish.com/merchant/5f537dc27e6d444a7711c597 |
| 230 | Ann Schmidt | https://www.wish.com/merchant/5e82bb91cb80796966d8e489 |
| 231 | qucuilong199 | https://www.wish.com/merchant/5f02c6e271c65d004b2e1444 |
| 232 | yangli1234 | https://www.wish.com/merchant/5df743f5092d7308690be132 |
| 233 | Jiantangshi4852 | https://www.wish.com/merchant/5fd5e3e960df09af1fcdab54 |
| 234 | wangzhiyuan58352 | https://www.wish.com/merchant/5fd45611c441303666d2cbec |
| 235 | Diane Maxwell | https://www.wish.com/merchant/5e970b8fbc176e1cf38cb727 |
| 236 | zhuangzhouzahuodianpu | https://www.wish.com/merchant/5e67849258902438801502c4 |
| 237 | jimengting520 | https://www.wish.com/merchant/5f3209b5c73c491b58d14d5f |
| 238 | fanguofu66058 | https://www.wish.com/merchant/5fc9951e7f7f130eaa10b689 |
| 239 | nihen28 | https://www.wish.com/merchant/5ffea9cfc4d8411cf5a7bbe9 |
| 240 | zhaochangfei | https://www.wish.com/merchant/5e50fc5bd1610f84a43365eb |
| 241 | bounetwdthga | https://www.wish.com/merchant/5e916290bdebf459f0041f39 |
| 242 | dutianxia123 | https://www.wish.com/merchant/5e95764edc7da926ac768477 |
| 243 | lisu2780 | https://www.wish.com/merchant/5f911e881cb81357da960493 |
| 244 | yushuang1212 | https://www.wish.com/merchant/5dd659c34fa1db001eec3ad5 |
| 245 | RRR6R6R | https://www.wish.com/merchant/5e9b0f4725c3d4f54256b42a |
| 246 | liangjunyan0812 | https://www.wish.com/merchant/5f0c18f50ad102d4854caed2 |
| 247 | wersnf | https://www.wish.com/merchant/5e8c32ac63544f0042d42532 |
| 248 | Paula Lee | https://www.wish.com/merchant/5f5457319f843fdbf5eaa274 |
| 249 | Symaine | https://www.wish.com/merchant/5fc9cb4e08134c42ec821bbe |
| 250 | Z6Z6Z68 | https://www.wish.com/merchant/5e926fc5a93eff24c5479019 |
| 251 | SRY News from Science | https://www.wish.com/merchant/600003b4c7dec073935b7cdb |
| 252 | vyujkloi | https://www.wish.com/merchant/5e5ccaf500fd293e42257ecd |
| 253 | zhonglunbo1457 | https://www.wish.com/merchant/5fc718256d407c22e5173f21 |
| 254 | yllzesapr91 | https://www.wish.com/merchant/5ff55ce4130b5b605c288d21 |
| 255 | DDC222D | https://www.wish.com/merchant/5e9af9f57000cb9da1b5e37a |
| 256 | DouzifeicS | https://www.wish.com/merchant/5e76d484c77ea63b614b4694 |
| 257 | huyaopeng11 | https://www.wish.com/merchant/5fe96b524b77d619548102ef |
| 258 | yanbujiu7498 | https://www.wish.com/merchant/5e7813072d03dd25dea0711b |

**Revised Schedule A**

|  | Company Name | Store URL |
|---|---|---|
| 259 | hdjdbbd | https://www.wish.com/merchant/5ff80c8703a91d57830fe2c1 |
| 260 | Rosa Gonzalez66 | https://www.wish.com/merchant/5f5350db357093c43a42bd9e |
| 261 | wuhan001269 | https://www.wish.com/merchant/5a9e9c37b125ab1d0412a50e |
| 262 | JenniferRoberts | https://www.wish.com/merchant/5e705c8321861a4a69e6b8b5 |
| 263 | lindenglian2674 | https://www.wish.com/merchant/5e7edf85e273cda1ec49182c |
| 264 | wangyafan00852 | https://www.wish.com/merchant/5fffb472902a971ade840c14 |
| 265 | vsffsas | https://www.wish.com/merchant/5e8a9bc429e786455b20b3db |
| 266 | songjian880409 | https://www.wish.com/merchant/5ffc19c2fa8a25ade1536e6b |
| 267 | waiawaimi | https://www.wish.com/merchant/5a1f64c6471c145633db1b2a |
| 268 | heathcotestefan | https://www.wish.com/merchant/5e9075f8248127b0dded4f59 |
| 269 | Cherish blue grace | https://www.wish.com/merchant/5b66a4c008596d3bac553c81 |
| 270 | xiaodifeng258369 | https://www.wish.com/merchant/5dda26db29e78627d08d2250 |
| 271 | fengyubo95620 | https://www.wish.com/merchant/5ea6798ee3501b7a2c7f7039 |
| 272 | wuyidan0722 | https://www.wish.com/merchant/5f8a51e27d0a105f46966fb9 |
| 273 | chendongmei1229 | https://www.wish.com/merchant/5f1657f677c06ea554fe7535 |
| 274 | DDWEE66 | https://www.wish.com/merchant/5e9b130c2aad6e714be47975 |
| 275 | zhangjinming | https://www.wish.com/merchant/5909bc8d8c10bc1dc6a0aea5 |
| 276 | wanghuimin19961120 | https://www.wish.com/merchant/5e8d466b84532afcc2ae33dc |
| 277 | yinlanzhi1 | https://www.wish.com/merchant/5ffd75e844241f8db31f6fd3 |
| 278 | Full Fiesta | https://www.wish.com/merchant/5f669f812f66f3922b951db6 |
| 279 | wangjiaxin12323 | https://www.wish.com/merchant/5ff839f003a91d8e180fe417 |
| 280 | Ahduthes | https://www.wish.com/merchant/5fca05430abf83309b05299b |
| 281 | KKKERR8 | https://www.wish.com/merchant/5e9bbbb57000cbe52fb5e2ee |
| 282 | lixiaoqiao123 | https://www.wish.com/merchant/5ffe84b41c90df4f57b8f19f |
| 283 | lacasadeloshuevosdeoro | https://www.wish.com/merchant/5f9b3a4359048374c9f85630 |
| 284 | wangqiuyan1627 | https://www.wish.com/merchant/5fc85869e74ab305ab19de6d |
| 285 | chenyanna | https://www.wish.com/merchant/5e958721ed195b373de97bc0 |
| 286 | Jessica Marie Conklin | https://www.wish.com/merchant/5f5467ea6fd8be4fbee8f6a6 |
| 287 | tanmenru | https://www.wish.com/merchant/5ef18220bb90af35c5dddb06 |
| 288 | wangzixu1630 | https://www.wish.com/merchant/5ffe739d38433f396bb1a04a |
| 289 | Glazed cross stitch shop | https://www.wish.com/merchant/5b0a2547c258692e2cffb6ad |
| 290 | Dianahsdbc166 | https://www.wish.com/merchant/5e907d222481275ec0ee6bb7 |
| 291 | aaetq | https://www.wish.com/merchant/5e6b233c3c17f45829baa62e |
| 292 | lixuezhen1314 | https://www.wish.com/merchant/5fa9f458a7a590093785c149 |
| 293 | kuhlmanrandall0 | https://www.wish.com/merchant/5eb1d09d29e7865b028c3940 |
| 294 | kei82e9 | https://www.wish.com/merchant/5e8352751c0085f81362ddf3 |
| 295 | k8k82 | https://www.wish.com/merchant/5e834805a7063cbe424717b2 |
| 296 | zhouluyu3654217 | https://www.wish.com/merchant/5fffd25f902a973917840c58 |
| 297 | bnsdjghshfj | https://www.wish.com/merchant/5f5dacf68efa7e04827bb149 |
| 298 | Rebecca Rodriguez | https://www.wish.com/merchant/5e64fc401c32cb6dac119e90 |
| 299 | hanlixia | https://www.wish.com/merchant/597c6656d4cc3464e259e630 |
| 300 | fbafeifei18886 | https://www.wish.com/merchant/5e8d767b54e2aaeb808a4fe0 |
| 301 | haodingpujiao | https://www.wish.com/merchant/5e85a2f2b7c9f2a0c0aae4f3 |
| 302 | CHYQ | https://www.wish.com/merchant/5e70c78929e78676c0996904 |
| 303 | uedl8ot7ro | https://www.wish.com/merchant/5dde154d29e7864409dd6a8d |
| 304 | wudingjia521000 | https://www.wish.com/merchant/5e8da451ddbbc60d59a02e66 |
| 305 | yinyonglong325 | https://www.wish.com/merchant/5fc9a20388ddbc11fb61d829 |
| 306 | hghgghgh | https://www.wish.com/merchant/5e55e42229e78660740ebbd8 |
| 307 | wangsongyan123 | https://www.wish.com/merchant/5f8e6e7c76ec12c8991317c7 |
| 308 | liuchang5746 | https://www.wish.com/merchant/5fc9a996979fb01a1a103be7 |
| 309 | Keri Maletto on HSN | https://www.wish.com/merchant/6012392c87fc4b45f30c6579 |
| 310 | Guadalupe Moore | https://www.wish.com/merchant/5f545f869f843f0219eaa3c0 |
| 311 | liuxiaole2977 | https://www.wish.com/merchant/5ee341e623542488953e2502 |
| 312 | jiachenchen72583 | https://www.wish.com/merchant/607e9cff4d9f8e306e587074 |
| 313 | zhangjin12063 | https://www.wish.com/merchant/6052eab07e7697641e1ab53a |
| 314 | HughGriseldadByPq | https://www.wish.com/merchant/5ea2ab5ed6b29e254182e4c8 |
| 315 | zhengjie07313 | https://www.wish.com/merchant/5fe432fe05f772561f8f2701 |
| 316 | tianwenshuai4731 | https://www.wish.com/merchant/5fc8969ffaa5201c82e9097b |
| 317 | Huangdekai258258 | https://www.wish.com/merchant/5ea7e73cac4206718aeb00a6 |
| 318 | gancitaoqing | https://www.wish.com/merchant/5efd5a9e27fde57fc3924702 |
| 319 | wangcong1308 | https://www.wish.com/merchant/5ffd50c27778d0621f1494a4 |
| 320 | gongni fashion | https://www.wish.com/merchant/541a8d6982b9ac25ede768c9 |
| 321 | solarpres | https://www.wish.com/merchant/5fbba230474b5ff0cc7c6749 |
| 322 | Horaceagh | https://www.wish.com/merchant/5e85e31b02a8006c8013aed6 |

**Revised Schedule A**

|  | Company Name | Store URL |
|---|---|---|
| 323 | zhaoguifang3924 | https://www.wish.com/merchant/5f30a6f384fd97f4714053d0 |
| 324 | QiaoWei15783 | https://www.wish.com/merchant/5f1e3e20cf8f2031f5a2e977 |
| 325 | kei82e9 | https://www.wish.com/merchant/5e8352751c0085f81362ddf3 |
| 327 | shengzhongxin7217 | https://www.wish.com/merchant/5ffd0c14f40795112007467f |
| 328 | Tholeaugh | https://www.wish.com/merchant/5f84776b1fec6212212192a8 |
| 329 | Kated | https://www.wish.com/merchant/5e7b520b865f1a53ed8c4e54 |
| 330 | rcftvgybhuj | https://www.wish.com/merchant/5af66884542f711dbcbe97eb |
| 331 | duanning Store | https://www.wish.com/merchant/5f8811aa516e8aebfd4f7d35 |
| 332 | Ghgfdxb | https://www.wish.com/merchant/5ff7e6d7df1d6428ca97b633 |
| 333 | g6ggh889 | https://www.wish.com/merchant/5e97228229e7867d9e3befa7 |
| 334 | zhoutian3406 | https://www.wish.com/merchant/5eaa502381728825c8bfce01 |
| 335 | Ainsley Clift | https://www.wish.com/merchant/5ea0bd34c638fd9bdddc57a4 |
| 336 | Vincentcb | https://www.wish.com/merchant/5e859a1eb6ab8d75e919b9ca |
| 337 | chxin145 | https://www.wish.com/merchant/59f6d513ddda8c7f1c683092 |
| 338 | Jason Duffey | https://www.wish.com/merchant/5e84943cbc418d3d390e50e7 |
| 339 | EdwinaToddgDzYhE | https://www.wish.com/merchant/5e900c94187e5b5444cc898b |
| 340 | Ronavigation | https://www.wish.com/merchant/5fec37e84cdcc12f3b7e89b4 |
| 341 | Stacy Estrada | https://www.wish.com/merchant/5e8f2893b63f824d00d70c79 |
| 342 | fcdsfs | https://www.wish.com/merchant/5f0195d1555aed33a8e30464 |
| 343 | Franklin E Brown | https://www.wish.com/merchant/5e95637a65a1790e6efc95df |
| 344 | wuzihan12007 | https://www.wish.com/merchant/60555528bfb693162c0cc2d5 |
| 345 | juicypaqnkxsi | https://www.wish.com/merchant/5e9969db694c71248a468d83 |
| 346 | lixiangrong1180 | https://www.wish.com/merchant/5fc9f80ad61eff6cf61cd27d |
| 347 | zhangyang8828 | https://www.wish.com/merchant/5e8da54464a6406606468f3f |
| 348 | feererr66 | https://www.wish.com/merchant/5e9b0c1b25c3d4b35e56b435 |
| 349 | lifei611 | https://www.wish.com/merchant/5f150e19e52e9775a2794330 |
| 350 | limingqing7890 | https://www.wish.com/merchant/5ffd10a4b876f719820c87d9 |
| 351 | xjrbfd shopping | https://www.wish.com/merchant/541c4cc44ad3ab14b043320a |
| 353 | caofengying | https://www.wish.com/merchant/5e8446c2051b5eb75b6ee5bc |
| 354 | Darlene kwasniewski | https://www.wish.com/merchant/5e86d64845aa5ee757aba27e |
| 355 | liqingngka9607 | https://www.wish.com/merchant/5ad1a41681260b3f900c6b37 |
| 356 | sunqi1043 | https://www.wish.com/merchant/5ffe93f6b833a15cf5e84a30 |
| 357 | groderqviwkoe | https://www.wish.com/merchant/5ea01291c638fd0b85dd2839 |
| 358 | panlanyang6588 | https://www.wish.com/merchant/5e9971dfeece767cb9663fb2 |
| 359 | KimberlyFry | https://www.wish.com/merchant/5e89c7808782b519cf3d7045 |
| 360 | cuidiyuelang | https://www.wish.com/merchant/5eb4c7a81053b814cdae0915 |
| 361 | B8B8B888 | https://www.wish.com/merchant/5e91d3206dc979b6d7160ff5 |
| 363 | fcdsiuhcdsku | https://www.wish.com/merchant/5fcf2b820bc8fc1f57a8f845 |
| 364 | xuxinyi Store | https://www.wish.com/merchant/5f7c36bdf82a9a750ebf0536 |
| 365 | Kat Eichacker | https://www.wish.com/merchant/5f53619d00499c183be83e43 |
| 366 | Josephine Taranto | https://www.wish.com/merchant/5e97ca8f29e7867c80e80821 |
| 367 | sunwei1828845 | https://www.wish.com/merchant/5fe30512132baa1299450aab |
| 368 | c6c6c6 | https://www.wish.com/merchant/5e92819b6dc9792f14160e75 |
| 369 | amblychromasia | https://www.wish.com/merchant/5fd51facc4fa1b12ed6300f6 |
| 370 | luolincai fashion | https://www.wish.com/merchant/541bef454ad3ab14c2432c41 |
| 371 | jinliwen321 | https://www.wish.com/merchant/603c656af82e667a506c252b |
| 372 | wangyu9129 | https://www.wish.com/merchant/600401daf2af0d2ec97c6658 |
| 373 | Veincony Bags | https://www.wish.com/merchant/5f07f2db91272eae4b803bf8 |
| 374 | lizhengjiang49440 | https://www.wish.com/merchant/604b1c81ec8a8a6c252c3dfd |
| 375 | hujing269 | https://www.wish.com/merchant/607157402296b80adf73c23f |
| 376 | ShitanshaoyuansAn | https://www.wish.com/merchant/5e6b74933c17f49ba8baa583 |
| 377 | odom34rhodes6 | https://www.wish.com/merchant/5eb1dbe171eb67051c0e3e73 |
| 378 | manqiuxiang66058 | https://www.wish.com/merchant/5fffb185095447160317ebc8 |
| 379 | wang27961 | https://www.wish.com/merchant/5f2b675a745cba37dc36b0a9 |
| 380 | chuwentao158 | https://www.wish.com/merchant/5faa3783a30aa4003cbb0954 |
| 381 | LiaoYong114056 | https://www.wish.com/merchant/5e6475c82724a812d6dc4aa8 |
| 382 | yubaoshui886 | https://www.wish.com/merchant/5f1e6738f9cc7b7a25eb1d1e |
| 383 | xuejiajia0986 | https://www.wish.com/merchant/5fa8d4d00c42de5cb01ea4c6 |
| 384 | licuihua123 | https://www.wish.com/merchant/5f32193fd01a03004aed87fa |
| 385 | sd7hg89sdkgh | https://www.wish.com/merchant/5e7b1d53865f1a27ac8c5068 |
| 386 | chenlei00 | https://www.wish.com/merchant/5fc4aadd007238599b1f52fb |
| 387 | lixiong3x | https://www.wish.com/merchant/600142d01dc2b062e64825bf |
| 388 | caotianlong0930 | https://www.wish.com/merchant/5fbf452d42eefa6f4868de13 |
| 389 | chenbiyun | https://www.wish.com/merchant/59f564c437f9f83b0f70818c |

**Revised Schedule A**

|  | Company Name | Store URL |
|---|---|---|
| 390 | mabingqing3616 | https://www.wish.com/merchant/6003b1881f399bf66847947c |
| 391 | Janette Moser | https://www.wish.com/merchant/5e69f4a0ca34e26fc234cb58 |
| 392 | zhengchunqing1998 | https://www.wish.com/merchant/5e8f2b8c516553b7edd4eb97 |
| 393 | songge18963589 | https://www.wish.com/merchant/5ffe834e23c3204aff287909 |
| 394 | shili1426 | https://www.wish.com/merchant/5f66e9b62f66f3b41b951df1 |
| 395 | dudongqin366 | https://www.wish.com/merchant/5f211f3fa215274ad3b64301 |
| 396 | q6q6qw5 | https://www.wish.com/merchant/5e92f8e52522bc0580caf7af |
| 397 | xuqiongdu | https://www.wish.com/merchant/58cf86601cbedf505f1c56cb |
| 398 | wanglifeng123 | https://www.wish.com/merchant/5e5352e5397cba33c012d925 |
| 399 | sunhuili061205 | https://www.wish.com/merchant/5e96ccaf29e78625273bef6c |
| 400 | brandlerhyrjzqlftwtm | https://www.wish.com/merchant/5e6b404f3b0da0188b6dcdde |
| 401 | dushuang123456 | https://www.wish.com/merchant/5ea7b2a7715aaa3ad44ccc6b |
| 402 | alechaag3335 | https://www.wish.com/merchant/5f92aae8776f091aa6a6ed40 |
| 403 | liuxinran8841 | https://www.wish.com/merchant/60064ebd62b8ff4435e13b55 |
| 404 | Sara S Newell | https://www.wish.com/merchant/5e955767ed195b050fe99aa4 |
| 405 | Arcrosk Market Cys | https://www.wish.com/merchant/5f6b7979d0b3fc256d30283c |
| 406 | pedlllzvte | https://www.wish.com/merchant/5e9fded47ad255cd2e06f6d3 |
| 407 | zhouyue7890 | https://www.wish.com/merchant/60458d6d7a526a23bb2f85eb |
| 408 | ayu0811 | https://www.wish.com/merchant/5e6862569145ad3b00973832 |
| 409 | chaxiaoyan0344963589 | https://www.wish.com/merchant/600130cc607b0a0503ae356e |
| 410 | hezhixiong888 | https://www.wish.com/merchant/5a66f0f5d024992cdc5a24ba |
| 411 | zhoutiancheng3314 | https://www.wish.com/merchant/5ffbe48384f212763867f408 |
| 412 | k8er7 | https://www.wish.com/merchant/5e82feb0cb8079ffb9d8e2e0 |
| 413 | zhangbaishuai5018 | https://www.wish.com/merchant/5ffbb8f4233e6f0eb01d3fd3 |
| 414 | doulong087580 | https://www.wish.com/merchant/5fd0855bfc3d888cc4cbaaf6 |
| 415 | Joyce Banks | https://www.wish.com/merchant/5f5376078b2c34d034415758 |
| 416 | DuaneGrimsley | https://www.wish.com/merchant/5e873621d9c52d476dc6ab78 |
| 417 | Dhcgfgfhfhvhvhfjhvbv | https://www.wish.com/merchant/5eb0072f2adba5deb5e8eab5 |
| 418 | hexiaofa145266 | https://www.wish.com/merchant/5fa3bbbbefea4942c085c74f |
| 419 | fuchang123 | https://www.wish.com/merchant/5f8a5c6dae093f003e6c9b69 |
| 420 | MoLu088 | https://www.wish.com/merchant/5e959b73ed195b30c0e9bef2 |
| 421 | bnjsdhjgjvc | https://www.wish.com/merchant/5f58829c181433b52a6d8489 |
| 422 | yuanxiaoxue666 | https://www.wish.com/merchant/5de3681fb696796cd41220b4 |
| 423 | J6K6 | https://www.wish.com/merchant/5e9288556dc97934f5160d23 |
| 424 | wangzixu0416 | https://www.wish.com/merchant/5ff29c341365ba6744f2a854 |
| 425 | myselfs | https://www.wish.com/merchant/5ff05aa6858e8576ac389dd8 |
| 426 | zhangshichao66028 | https://www.wish.com/merchant/5f8a4bd01c80858f29f162a9 |
| 427 | WANGYING66058 | https://www.wish.com/merchant/5e733d9ad1de5a38829f695f |
| 428 | John O'Neill66 | https://www.wish.com/merchant/5f5353b9357093378142bce0 |
| 429 | wiepinzhuzhang | https://www.wish.com/merchant/5b5595dcfebc1d43a1999ccf |
| 430 | zhangpeng66058 | https://www.wish.com/merchant/5fc705f28bb2b3159ff666c0 |
| 431 | aas5s66 | https://www.wish.com/merchant/5e9b0a042aad6e80cce5159c |
| 432 | xiamengyan0812349 | https://www.wish.com/merchant/6002741fdfb8e83a25edd7ff |
| 433 | zhaohua245 | https://www.wish.com/merchant/60335214be6d9e115de6f827 |
| 434 | zhangguirong543 | https://www.wish.com/merchant/6039ada9458e6e6d0934e77b |
| 435 | loadxtre | https://www.wish.com/merchant/5fca06b065c94a45e7dd4b03 |
| 436 | JingketunpV | https://www.wish.com/merchant/5e6cddac5510408d8aa39182 |
| 437 | Valles.girls | https://www.wish.com/merchant/5f9f22258e1e5fdac16607f9 |
| 438 | lilanxin86805 | https://www.wish.com/merchant/6056b7ed4f784e0964a709d8 |
| 439 | puxingzuo4564 | https://www.wish.com/merchant/5f8ffe039a5ce1a7dfbf9396 |
| 440 | AngleBab | https://www.wish.com/merchant/5f1677738a322c000047f026 |
| 441 | zoujunjie668 | https://www.wish.com/merchant/5a618c88db0e4249e75dcad6 |
| 442 | FangpinhuaiyizN | https://www.wish.com/merchant/5e772c1772b0327e970f0bdb |
| 443 | zhaoyue658865235 | https://www.wish.com/merchant/5fffe0b707666b0748de63ea |
| 444 | Bunt1565 | https://www.wish.com/merchant/5e74648264f6b60800481258 |
| 445 | guoyonhong | https://www.wish.com/merchant/5ac88041abef950d8e5ad3e6 |
| 446 | kaihekiaghe520 | https://www.wish.com/merchant/5efd7126221898bf35dacad8 |
| 447 | zhangerpeng11 | https://www.wish.com/merchant/5f324234f012ef8851b28fa2 |
| 448 | yangynag45 | https://www.wish.com/merchant/596df5072eac1101bc290d4a |
| 449 | d2121d | https://www.wish.com/merchant/5e950200458c490b3dbb7497 |
| 450 | ls1234 | https://www.wish.com/merchant/5fbb517214a5d28baf1c2f2b |
| 451 | Victoria Scoggini | https://www.wish.com/merchant/5e9afb4d2405fbfec3c633df |
| 452 | NaolanfeigaidP | https://www.wish.com/merchant/5e6cb9b51061cf712a54e89f |
| 453 | Gabrielle Erbe | https://www.wish.com/merchant/5e6385b21c32cb7288119e1f |

**Revised Schedule A**

|     | Company Name | Store URL |
| --- | --- | --- |
| 454 | X2X2X6 | https://www.wish.com/merchant/5e92cca81a25ab688bb76a51 |
| 455 | liujianghuai123 | https://www.wish.com/merchant/5ffbddd194876e657864040c |
| 456 | JANIS BLOUNTS | https://www.wish.com/merchant/5ed641db35a754d1ef7e63dc |
| 457 | Bissonnette54152 | https://www.wish.com/merchant/5e818fa51a3ba6ca0c72f0f0 |
| 458 | Amitata | https://www.wish.com/merchant/5845379a330f3a4d56d00bdf |
| 459 | tungeir peach Mama's apron | https://www.wish.com/merchant/5b0a3fa95920692d9e18811a |
| 460 | chenchunwen66888 | https://www.wish.com/merchant/5e95c5a3ed195b6884e97b80 |
| 461 | bing fashion store | https://www.wish.com/merchant/54053ccd7f086e104a711218 |
| 462 | Gaochongyang375 | https://www.wish.com/merchant/5e95a80dfbe93c41006fec8e |
| 463 | RioLeigh Beauty | https://www.wish.com/merchant/60123be051c9873451aad399 |
| 464 | xiqiuyan21 | https://www.wish.com/merchant/5f8a9c129e241b06f3d2d7cb |
| 465 | zhujiangtao90328 | https://www.wish.com/merchant/60447fef4156d703cae4b561 |
| 466 | xiefuyuan0501 | https://www.wish.com/merchant/6041ad54820aa82a0c5d35b3 |
| 467 | Variedades Yuli | https://www.wish.com/merchant/5f6bd4374cc3885930be9f66 |
| 468 | hacklgukezslte | https://www.wish.com/merchant/5e9fbfd74d57a475b042cd91 |
| 469 | qinchuan53410 | https://www.wish.com/merchant/60559138bfb6934cc60cc362 |
| 470 | weiqiumei226 | https://www.wish.com/merchant/5f377bc6eb9a1ade592a2f0c |
| 471 | ZhuokongfuleiyMi | https://www.wish.com/merchant/5e90589829e786581d3ad218 |
| 472 | Dannishijie | https://www.wish.com/merchant/5f0567ebe952370c592cb22f |
| 473 | exness | https://www.wish.com/merchant/5f7bd1f758dd652a86135bac |
| 474 | zhanyongxue23 | https://www.wish.com/merchant/5ffbfad4d448c31cf214bb00 |
| 475 | shishune1258 | https://www.wish.com/merchant/5e85958750035d31c21d70fe |
| 476 | i5i5i5i6 | https://www.wish.com/merchant/5e92cb1a6dc9798dc017aa48 |
| 477 | wuyujie9437 | https://www.wish.com/merchant/5fc8902a4d59ba18b6818c4c |
| 478 | Michael RobertsPOLake | https://www.wish.com/merchant/5e8ad7888782b50b613d708a |
| 479 | ukdfhisufisdtf | https://www.wish.com/merchant/5f5f19e538e412f44fbead81 |
| 480 | yangfan2000 | https://www.wish.com/merchant/5e5f3957347345476fda50a0 |
| 481 | cywlkjjin | https://www.wish.com/merchant/5e9fd65429e78602cc5aee22 |
| 482 | liuxiaoyan9489 | https://www.wish.com/merchant/5e96f7f93d271c080e278a6e |
| 483 | nmcjdhfsfs | https://www.wish.com/merchant/5f59f2f229e3eecc9610d783 |
| 484 | Nathan Pritchard | https://www.wish.com/merchant/5ea0127b29e7862e405ae60d |
| 485 | XinXinssupplies | https://www.wish.com/merchant/5ab1143abeed125a980275eb |
| 486 | McDonald all | https://www.wish.com/merchant/5fefac7aad9a3cd34d13a35b |
| 487 | Nayely G Calderon Alamillo | https://www.wish.com/merchant/5e9fffe7e2fac3250e70676f |
| 488 | lijia0816 | https://www.wish.com/merchant/5fcf36ba56d240810a8ae4fe |
| 489 | gsdeqr online store | https://www.wish.com/merchant/541c5de5f8abc81510bc0ac8 |
| 490 | Lujingt | https://www.wish.com/merchant/5fcf2e2ef7b202238991b878 |
| 491 | dongweili | https://www.wish.com/merchant/58418d99e88f6367dfdddb2a |
| 492 | Joseph James2 | https://www.wish.com/merchant/5e97c78f29e78628ece788f3 |
| 493 | hanxiangsheng | https://www.wish.com/merchant/5e999587eda4689ab4beb44a |
| 494 | Lum Phi Ni_Wear | https://www.wish.com/merchant/601ebdeee899fba134c4a762 |
| 495 | azwtzltky | https://www.wish.com/merchant/5e9ff6849bf44bf24c80b7fd |
| 496 | zhangxinyi Store | https://www.wish.com/merchant/5f7c1cab68676b3c059a718c |
| 497 | liushanna123 | https://www.wish.com/merchant/5ff7ca61cc479b0f30a0526d |
| 498 | yangsi1256 | https://www.wish.com/merchant/5fc5b01600723855de1f52a0 |
| 499 | jeuvouvtser | https://www.wish.com/merchant/5e995a66d1b1ae68b52b24b0 |
| 500 | FraleyTysonshop6 | https://www.wish.com/merchant/605883febc3d8ea43bdcd138 |